IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02398-LTB

ANDRE J. TWITTY, also known as
A. J. TWITTY, also known as
ANDRE TWITTY,

     Applicant,

v.

D. BERKEBILE, Warden,

     Respondent.

## JUDGMENT

     Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 14, 2012, it is hereby

     ORDERED that Judgment is entered in favor of the Respondent and against Applicant.

     DATED at Denver, Colorado, this 14 day of September, 2012.

                            FOR THE COURT,

                            GREGORY C. LANGHAM, Clerk

                            By: s/L. Gianelli
                                Deputy Clerk